**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| In re: YOUNG, GARY A. | § Case No. 10-73848 |
| YOUNG, LAURA M. | § |
| POWER, FARM | § |
| Debtor(s) | § |

**AMENDED TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on July 30, 2010. The undersigned trustee was appointed on February 28, 2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $        5,956.65

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 5.03 |
   | Bank service fees | 0.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]   $ | 5,951.62 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 05/06/2011 and the deadline for filing governmental claims was 05/06/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,345.67. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,345.67, for a total compensation of $1,345.67.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/19/2011          By: /s/JAMES E. STEVENS
                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-73848  
**Case Name:** YOUNG, GARY A.  
YOUNG, LAURA M.  
**Period Ending:** 07/19/11

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 07/30/10 (f)  
**§341(a) Meeting Date:** 09/13/10  
**Claims Bar Date:** 05/06/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  9901 Norman Avenue, Machesney Park, IL 61115  Orig. Asset Memo: Imported from original petition Doc# 1 | 130,000.00 | 0.00 | DA | 0.00 | FA |
| 2  Cash  Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | DA | 0.00 | FA |
| 3  Checking Acct. #XXXXXXX9737  Orig. Asset Memo: Imported from original petition Doc# 1 | 40.77 | 0.00 | DA | 0.00 | FA |
| 4  Household Goods & Furnishings  Orig. Asset Memo: Imported from original petition Doc# 1 | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 5  CDs and Records  Orig. Asset Memo: Imported from original petition Doc# 1 | 300.00 | 300.00 | DA | 0.00 | FA |
| 6  Wearing Apparel  Orig. Asset Memo: Imported from original petition Doc# 1 | 300.00 | 0.00 | DA | 0.00 | FA |
| 7  Grandmother's Engagement Ring  Orig. Asset Memo: Imported from original petition Doc# 1 | 900.00 | 0.00 | DA | 0.00 | FA |
| 8  3 Guns (22, 410 and 12 Gauge)  Orig. Asset Memo: Imported from original petition Doc# 1 | 300.00 | 300.00 | DA | 0.00 | FA |
| 9  Life Insurance Policy #000UP0196815  Orig. Asset Memo: Imported from original petition Doc# 1 | 500.01 | 0.00 | DA | 0.00 | FA |
| 10  Life Insurance Policy #0475726OOM  Orig. Asset Memo: Imported from original petition Doc# 1 | 5,057.52 | 0.00 | DA | 0.00 | FA |
| 11  Life Insurance Policy #1441987  Orig. Asset Memo: Imported from original petition Doc# 1 | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 12  Sole Proprietorship | 1,000.00 | 0.00 | DA | 0.00 | FA |

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-73848  
**Case Name:** YOUNG, GARY A.  
YOUNG, LAURA M.  
**Period Ending:** 07/19/11

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 07/30/10 (f)  
**§341(a) Meeting Date:** 09/13/10  
**Claims Bar Date:** 05/06/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 13  1974 Snowmobile Trailer<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 100.00 | DA | 0.00 | FA |
| 14  1979 Shelby Stock Trailer<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 700.00 | 0.00 | DA | 0.00 | FA |
| 15  1983 GMC 3/4 Ton Pickup (3rd Engine Mileage<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 500.00 | DA | 0.00 | FA |
| 16  1989 Chevrolet Service Body Truck (200,000 miles<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| 17  1994 Chevrolet S10 Pickup (Debtor's Half Interes<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 325.00 | 325.00 | DA | 0.00 | FA |
| 18  1994 Utility Trailer<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 250.00 | 250.00 | DA | 0.00 | FA |
| 19  1995 Chevrolet Blazer (81,800 miles)<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 1,350.00 | 0.00 | DA | 0.00 | FA |
| 20  1997 Chevrolet Suburban (147,000 miles)<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 1,700.00 | 0.00 | DA | 0.00 | FA |
| 21  1998 Aluminium Trailer<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 500.00 | DA | 0.00 | FA |
| 22  2003 Snowmobile Trailer<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 400.00 | 400.00 | DA | 0.00 | FA |
| 23  1977 Arctic Cat Snowmobile<br>Orig. Asset Memo: Imported from original petition | 250.00 | 250.00 | DA | 0.00 | FA |

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 10-73848  
**Case Name:** YOUNG, GARY A.  
　　　　　　　YOUNG, LAURA M.  
**Period Ending:** 07/19/11

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 07/30/10 (f)  
**§341(a) Meeting Date:** 09/13/10  
**Claims Bar Date:** 05/06/11

| 1<br>Ref. # | Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Doc# 1 | | | | | |
| 24 | 1993 Arctic Cat Snowmobile<br>　Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 400.00 | 400.00 | DA | 0.00 | FA |
| 25 | 1996 Arctic Cat Snowmobile<br>　Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 500.00 | 500.00 | DA | 0.00 | FA |
| 26 | 1997 Arctic Cat Snowmobile<br>　Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 700.00 | 0.00 | DA | 0.00 | FA |
| 27 | Computer<br>　Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 75.00 | 75.00 | DA | 0.00 | FA |
| 28 | Fork Lift<br>　Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 600.00 | 600.00 | DA | 0.00 | FA |
| 29 | Tools<br>　Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 5,000.00 | 1,940.77 | DA | 0.00 | FA |
| 30 | Parts<br>　Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 500.00 | 500.00 | DA | 0.00 | FA |
| 31 | Dog<br>　Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 300.00 | 300.00 | DA | 0.00 | FA |
| 32 | Horse<br>　Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 500.00 | 500.00 | DA | 0.00 | FA |
| 33 | 1955 Farmall 400 Tractor and Wagon<br>　Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 4,000.00 | 4,000.00 | DA | 0.00 | FA |
| 34 | Inheritance - Estate of Emma Grace Young  (u) | Unknown | 5,946.41 | DA | 5,956.41 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.24 | FA |

Printed: 07/19/2011 11:41 AM    V.12.57

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 4

**Case Number:** 10-73848  
**Case Name:** YOUNG, GARY A.  
YOUNG, LAURA M.  
**Period Ending:** 07/19/11

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 07/30/10 (f)  
**§341(a) Meeting Date:** 09/13/10  
**Claims Bar Date:** 05/06/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 35  Assets  Totals (Excluding unknown values) | $163,148.30 | $18,687.18 | | $5,956.65 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    September 30, 2011      **Current Projected Date Of Final Report (TFR):**    July 14, 2011  (Actual)

Printed: 07/19/2011 11:41 AM    V.12.57

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 10-73848  
**Case Name:** YOUNG, GARY A.  
　　　　　　　YOUNG, LAURA M.  
**Taxpayer ID #:** **-***1982  
**Period Ending:** 07/19/11

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******04-65 - Money Market Account  
**Blanket Bond:** $372,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/01/11 | {34} | Gary A. and Laura M. Young | payment re inheritance | 1210-000 | 5,956.41 | | 5,956.41 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.04 | | 5,956.45 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.05 | | 5,956.50 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.04 | | 5,956.54 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.05 | | 5,956.59 |
| 05/31/11 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/31/2011 FOR CASE #10-73848, Bond #016018067 | 2300-000 | | 5.03 | 5,951.56 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.04 | | 5,951.60 |
| 07/14/11 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.02 | | 5,951.62 |
| 07/14/11 | | To Account #9200******0466 | transfer to close checking account | 9999-000 | | 5,951.62 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 5,956.65 | 5,956.65 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 5,951.62 | |
| | | | **Subtotal** | | 5,956.65 | 5.03 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,956.65** | **$5.03** | |

{} Asset reference(s)　　　　　　　　　　　　　　　　　　　　　　　　Printed: 07/19/2011 11:41 AM　　V.12.57

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-73848  
**Case Name:** YOUNG, GARY A.  
YOUNG, LAURA M.  
**Taxpayer ID #:** **-***1982  
**Period Ending:** 07/19/11

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******04-66 - Checking Account  
**Blanket Bond:** $372,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/14/11 | | From Account #9200******0465 | transfer to close checking account | 9999-000 | 5,951.62 | | 5,951.62 |
| | | | **ACCOUNT TOTALS** | | 5,951.62 | 0.00 | **$5,951.62** |
| | | | Less: Bank Transfers | | 5,951.62 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******04-65** | 5,956.65 | 5.03 | 0.00 |
| **Checking # 9200-******04-66** | 0.00 | 0.00 | 5,951.62 |
| | $5,956.65 | $5.03 | $5,951.62 |

{} Asset reference(s)

Printed: 07/19/2011 11:41 AM     V.12.57

Printed: 07/19/11 11:42 AM

# Claims Distribution Register

Page: 1

### Case: 10-73848   YOUNG, GARY A.

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 07/30/10 | 200 | JAMES E. STEVENS<br>6833 Stalter Drive<br>Rockford, IL 61108<br><2100-00  Trustee Compensation> | 1,345.67 | 1,345.67 | 0.00 | 1,345.67 | 1,345.67 |
| | 07/30/10 | 200 | U.S. Bankruptcy Court<br><2700-00  Clerk of the Court Costs (includes adversary and other filing fees)><br>Reopening costs | 260.00 | 260.00 | 0.00 | 260.00 | 260.00 |
| | | | **Total for Priority 200:   100% Paid** | **$1,605.67** | **$1,605.67** | **$0.00** | **$1,605.67** | **$1,605.67** |
| | | | **Total for Admin Ch. 7 Claims:** | **$1,605.67** | **$1,605.67** | **$0.00** | **$1,605.67** | **$1,605.67** |
| **Unsecured Claims:** | | | | | | | | |
| 1 | 02/23/11 | 610 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145<br><7100-00  General Unsecured § 726(a)(2)> | 4,388.55 | 4,388.55 | 0.00 | 4,388.55 | 259.24 |
| 2 | 02/23/11 | 610 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145<br><7100-00  General Unsecured § 726(a)(2)> | 32,602.18 | 32,602.18 | 0.00 | 32,602.18 | 1,925.91 |
| 3 | 02/23/11 | 610 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145<br><7100-00  General Unsecured § 726(a)(2)> | 8,393.80 | 8,393.80 | 0.00 | 8,393.80 | 495.85 |
| 4 | 03/22/11 | 610 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601<br><7100-00  General Unsecured § 726(a)(2)> | 18,123.42 | 18,123.42 | 0.00 | 18,123.42 | 1,070.61 |
| 5 | 04/29/11 | 610 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809<br><7100-00  General Unsecured § 726(a)(2)> | 8,798.03 | 8,798.03 | 0.00 | 8,798.03 | 519.73 |
| 6 | 05/02/11 | 610 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605<br><7100-00  General Unsecured § 726(a)(2)> | 1,262.98 | 1,262.98 | 0.00 | 1,262.98 | 74.61 |
| | | | **Total for Priority 610:   5.90731% Paid** | **$73,568.96** | **$73,568.96** | **$0.00** | **$73,568.96** | **$4,345.95** |
| | | | **Total for Unsecured Claims:** | **$73,568.96** | **$73,568.96** | **$0.00** | **$73,568.96** | **$4,345.95** |
| | | | **Total for Case :** | **$75,174.63** | **$75,174.63** | **$0.00** | **$75,174.63** | **$5,951.62** |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 10-73848
Case Name: YOUNG, GARY A.
Trustee Name: JAMES E. STEVENS

**Balance on hand:** $ 5,951.62

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 5,951.62

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 1,345.67 | 0.00 | 1,345.67 |
| Charges, U.S. Bankruptcy Court | 260.00 | 0.00 | 260.00 |

Total to be paid for chapter 7 administration expenses: $ 1,605.67
Remaining balance: $ 4,345.95

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 4,345.95

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 4,345.95

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 79,568.96 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 4,388.55 | 0.00 | 259.24 |
| 2 | Chase Bank USA, N.A. | 32,602.18 | 0.00 | 1,925.91 |
| 3 | Chase Bank USA, N.A. | 8,393.80 | 0.00 | 495.85 |
| 4 | Atlas Acquisitions LLC | 18,123.42 | 0.00 | 1,070.61 |
| 5 | FIA Card Services, NA/Bank of America | 8,798.03 | 0.00 | 519.73 |
| 6 | GE Money Bank | 1,262.98 | 0.00 | 74.61 |

Total to be paid for timely general unsecured claims:   $   4,345.95
Remaining balance:   $   0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $   0.00
Remaining balance:   $   0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $   0.00
Remaining balance:   $   0.00

**UST Form 101-7-TFR (05/1/2011)**

**UST Form 101-7-TFR (05/1/2011)**