**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: YOUNG, GARY A. § | Case No. 10-73848 |
| YOUNG, LAURA M. § | |
| POWER, FARM § | |
| Debtor(s) § | |

**NOTICE OF AMENDED TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JAMES E. STEVENS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   United States Bankruptcy Court
   211 South Court Street
   Rockford, IL 61101

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 08/31/2011 in Courtroom 115, United States Courthouse, 211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  07/19/2011          By:  /s/JAMES E. STEVENS
                                       Trustee

JAMES E. STEVENS  
6833 Stalter Drive  
Rockford, IL  61108  
(815) 962-6611  
jstevens@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: YOUNG, GARY A. | § Case No. 10-73848 |
| YOUNG, LAURA M. | § |
| POWER, FARM | § |
| Debtor(s) | § |

## SUMMARY OF AMENDED TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 5,956.65 |
| *and approved disbursements of* | $ 5.03 |
| *leaving a balance on hand of* [1] | $ 5,951.62 |
| **Balance on hand:** | $ 5,951.62 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 5,951.62 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 1,345.67 | 0.00 | 1,345.67 |
| Charges, U.S. Bankruptcy Court | 260.00 | 0.00 | 260.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 1,605.67 |
| Remaining balance: | $ 4,345.95 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 4,345.95

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 4,345.95

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 73,568.96 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 4,388.55 | 0.00 | 259.24 |
| 2 | Chase Bank USA, N.A. | 32,602.18 | 0.00 | 1,925.91 |
| 3 | Chase Bank USA, N.A. | 8,393.80 | 0.00 | 495.85 |
| 4 | Atlas Acquisitions LLC | 18,123.42 | 0.00 | 1,070.61 |
| 5 | FIA Card Services, NA/Bank of America | 8,798.03 | 0.00 | 519.73 |
| 6 | GE Money Bank | 1,262.98 | 0.00 | 74.61 |

Total to be paid for timely general unsecured claims: $ 4,345.95
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/JAMES E. STEVENS
Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                          United States Bankruptcy Court
                           Northern District of Illinois
In re:                                                        Case No. 10-73848-MB
Gary A. Young                                                 Chapter 7
Laura M. Young
         Debtors              CERTIFICATE OF NOTICE
District/off: 0752-3          User: vgossett              Page 1 of 2                  Date Rcvd: Jul 20, 2011
                              Form ID: pdf006             Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 22, 2011.
db/jdb        +Gary A. Young,   Laura M. Young,   9901 Norman Avenue,   Machensey Park, IL 61115-1607
tr            +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,   6833 Stalter Drive,
                Rockford, IL 61108-2579
15930546       Associated Recovery Systems,   PO Box 469046,   Escondido, CA 92046-9046
15930547      +Attorney John C. Bonewicz PC,   8001 N. Lincoln Ave., Ste. 402,   Skokie, IL 60077-3657
15930548       Bank of America,   PO Box 15026,   Wilmington, DE 19850-5026
15930549       Bank of America Home Loans,   PO Box 5170,   Simi Valley, CA 93062-5170
15930550       Blatt, Hasenmiller, Leibsker & Moore LLC,   125 S. Wacker Drive, Ste. 400,
                Chicago, IL 60606-4440
15930551       Capital One,   PO Box 85167,   Richmond, VA 23285-5167
15930552       Capital One,   PO Box 30285,   Salt Lake City, UT 84130-0285
15930554       Chase,   Cardmember Service,   PO Box 15298,   Wilmington, DE 19850-5298
15930553       Chase,   Cardmember Service,   PO Box 15548,   Wilmington, DE 19886-5548
15930555      +Chase,   Attn: Home Equity Loan Servicing,   PO Box 24714,   Columbus, OH 43224-0714
16859642       Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
15930556       Citi Cards,   Box 6000,   The Lakes, NV 89163-6000
15930557       Citibank (South Dakota),   c/o Customer Service Center,   PO Box 6148,
                Sioux Falls, SD 57117-6148
15930558      +Creditors Interchange,   80 Holtz Drive,   Buffalo, NY 14225-1470
15930559       FIA Card Services,   PO Box 15026,   Wilmington, DE 19850-5026
15930560       Home Depot Credit Services,   PO Box 689100,   Des Moines, IA 50368-9100
15930561       Home Depot Credit Services,   PO Box 653002,   Dallas, TX 75265-3002
15930563      +Nelson, Watson & Associates LLC,   80 Merrimack Street, Lower Level,   Haverhill, MA 01830-5211
15930564       Wells Fargo Financial,   PO Box 5943,   Sioux Falls, SD 57117-5943

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: RepayLawFirm@IThink2.net Jul 21 2011 00:43:24     Henry Repay,
                Law Offices of Henry Repay,   930 W. Locust Street,   Belvidere, IL 61008-4226
15930544      E-mail/Text: bkr@cardworks.com Jul 21 2011 00:24:48     Advanta Bank Corp,   PO Box 30715,
                Salt Lake City, UT 84130-0715
15930545      E-mail/Text: bkr@cardworks.com Jul 21 2011 00:24:48     Advanta Bank Corp.,
                Attn: Collection Services,   700 Dresher Road,   Horsham, PA 19044
16977339     +E-mail/Text: bnc@atlasacq.com Jul 21 2011 00:26:46     Atlas Acquisitions LLC,   294 Union St.,
                Hackensack, NJ 07601-4303
16986650     +E-mail/Text: bnc@atlasacq.com Jul 21 2011 00:26:46     Atlas Acquisitions, LLC,
                Attn: Avi Schild,   294 Union St.,   Hackensack, NJ 07601-4303
17208380      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 21 2011 01:33:20
                FIA Card Services, NA/Bank of America,   by American InfoSource LP as its agent,   PO Box 248809,
                Oklahoma City, OK 73124-8809
17221561      E-mail/PDF: gecsedi@recoverycorp.com Jul 21 2011 00:22:57     GE Money Bank,
                c/o Recovery Management Systems Corporat,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
15930562     +E-mail/PDF: gecsedi@recoverycorp.com Jul 21 2011 00:22:56     Lowe's,   GE Money Bank,
                Attn: Bankruptcy Dept.,   PO Box 103104,   Roswell, GA 30076-9104
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,   6833 Stalter Drive,
                Rockford, Il 61108-2579
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-3           User: vgossett              Page 2 of 2                  Date Rcvd: Jul 20, 2011
                               Form ID: pdf006             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 22, 2011**                    **Signature:**    *Joseph Speetjens*