**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| In re: YOUNG, GARY A. | § | Case No. 10-73848 |
| YOUNG, LAURA M. | § | |
| POWER, FARM | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    JAMES E. STEVENS, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $163,148.30　　　　　　　Assets Exempt: $30,314.53
*(without deducting any secured claims)*

Total Distribution to Claimants: $4,345.95　　　Claims Discharged
　　　　　　　　　　　　　　　　　　　　　　Without Payment: $165,157.36

Total Expenses of Administration: $1,610.70

---

    3) Total gross receipts of $ 5,956.65 (see **Exhibit 1**), minus funds paid to the debtor
and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $5,956.65
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $120,093.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,610.70 | 1,610.70 | 1,610.70 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 167,645.14 | 73,568.96 | 73,568.96 | 4,345.95 |
| **TOTAL DISBURSEMENTS** | $287,738.14 | $75,179.66 | $75,179.66 | $5,956.65 |

    4) This case was originally filed under Chapter 7 on July 30, 2010. The case was pending for 15 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/31/2011         By: /s/JAMES E. STEVENS
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Inheritance - Estate of Emma Grace Young | 1210-000 | 5,956.41 |
| Interest Income | 1270-000 | 0.24 |
| **TOTAL GROSS RECEIPTS** | | **$5,956.65** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Chase | 4110-000 | 23,467.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America Home Loans | 4110-000 | 96,626.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$120,093.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 1,345.67 | 1,345.67 | 1,345.67 |
| U.S. Bankruptcy Court | 2700-000 | N/A | 260.00 | 260.00 | 260.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 5.03 | 5.03 | 5.03 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | N/A | 1,610.70 | 1,610.70 | 1,610.70 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 7100-000 | 8,459.11 | 4,388.55 | 4,388.55 | 259.24 |
| 2 | Chase Bank USA, N.A. | 7100-000 | 32,602.18 | 32,602.18 | 32,602.18 | 1,925.91 |
| 3 | Chase Bank USA, N.A. | 7100-000 | 8,393.80 | 8,393.80 | 8,393.80 | 495.85 |
| 4 | Atlas Acquisitions LLC | 7100-000 | 20,618.53 | 18,123.42 | 18,123.42 | 1,070.61 |
| 5 | FIA Card Services, NA/Bank of America | 7100-000 | N/A | 8,798.03 | 8,798.03 | 519.73 |
| 6 | GE Money Bank | 7100-000 | 1,637.17 | 1,262.98 | 1,262.98 | 74.61 |
| NOTFILED | FIA Card Services | 7100-000 | 38,147.26 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 3,513.69 | N/A | N/A | 0.00 |
| NOTFILED | Home Depot Credit Services | 7100-000 | 710.95 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 41,715.88 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Financial | 7100-000 | 1,124.07 | N/A | N/A | 0.00 |
| NOTFILED | Advanta Bank Corp | 7100-000 | 10,722.50 | N/A | N/A | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | 167,645.14 | 73,568.96 | 73,568.96 | 4,345.95 |

UST Form 101-7-TDR (10/1/2010)

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-73848  
**Case Name:** YOUNG, GARY A.  
YOUNG, LAURA M.  
**Period Ending:** 10/31/11

**Trustee:** (330420)   JAMES E. STEVENS  
**Filed (f) or Converted (c):** 07/30/10 (f)  
**§341(a) Meeting Date:** 09/13/10  
**Claims Bar Date:** 05/06/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   9901 Norman Avenue, Machesney Park, IL 61115<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 130,000.00 | 0.00 | DA | 0.00 | FA |
| 2   Cash<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 100.00 | 0.00 | DA | 0.00 | FA |
| 3   Checking Acct. #XXXXXXX9737<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 40.77 | 0.00 | DA | 0.00 | FA |
| 4   Household Goods & Furnishings<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 5   CDs and Records<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 300.00 | 300.00 | DA | 0.00 | FA |
| 6   Wearing Apparel<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 300.00 | 0.00 | DA | 0.00 | FA |
| 7   Grandmother's Engagement Ring<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 900.00 | 0.00 | DA | 0.00 | FA |
| 8   3 Guns (22, 410 and 12 Gauge)<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 300.00 | 300.00 | DA | 0.00 | FA |
| 9   Life Insurance Policy #000UP0196815<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 500.01 | 0.00 | DA | 0.00 | FA |
| 10   Life Insurance Policy #0475726OOM<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 5,057.52 | 0.00 | DA | 0.00 | FA |
| 11   Life Insurance Policy #1441987<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 12   Sole Proprietorship | 1,000.00 | 0.00 | DA | 0.00 | FA |

Printed: 10/31/2011 10:02 AM   V.12.57

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-73848  
**Case Name:** YOUNG, GARY A.  
YOUNG, LAURA M.  
**Period Ending:** 10/31/11

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 07/30/10 (f)  
**§341(a) Meeting Date:** 09/13/10  
**Claims Bar Date:** 05/06/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 13  1974 Snowmobile Trailer<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 100.00 | DA | 0.00 | FA |
| 14  1979 Shelby Stock Trailer<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 700.00 | 0.00 | DA | 0.00 | FA |
| 15  1983 GMC 3/4 Ton Pickup (3rd Engine Mileage<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 500.00 | DA | 0.00 | FA |
| 16  1989 Chevrolet Service Body Truck (200,000 miles<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| 17  1994 Chevrolet S10 Pickup (Debtor's Half Interes<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 325.00 | 325.00 | DA | 0.00 | FA |
| 18  1994 Utility Trailer<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 250.00 | 250.00 | DA | 0.00 | FA |
| 19  1995 Chevrolet Blazer (81,800 miles)<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 1,350.00 | 0.00 | DA | 0.00 | FA |
| 20  1997 Chevrolet Suburban (147,000 miles)<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 1,700.00 | 0.00 | DA | 0.00 | FA |
| 21  1998 Aluminium Trailer<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 500.00 | DA | 0.00 | FA |
| 22  2003 Snowmobile Trailer<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 400.00 | 400.00 | DA | 0.00 | FA |
| 23  1977 Arctic Cat Snowmobile<br>Orig. Asset Memo: Imported from original petition | 250.00 | 250.00 | DA | 0.00 | FA |

Exhibit 8

Page: 3

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-73848  
**Case Name:** YOUNG, GARY A.  
YOUNG, LAURA M.  
**Period Ending:** 10/31/11

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 07/30/10 (f)  
**§341(a) Meeting Date:** 09/13/10  
**Claims Bar Date:** 05/06/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| | Doc# 1 | | | | |
| 24 | 1993 Arctic Cat Snowmobile<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 400.00 | 400.00 | DA | 0.00 | FA |
| 25 | 1996 Arctic Cat Snowmobile<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 500.00 | 500.00 | DA | 0.00 | FA |
| 26 | 1997 Arctic Cat Snowmobile<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 700.00 | 0.00 | DA | 0.00 | FA |
| 27 | Computer<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 75.00 | 75.00 | DA | 0.00 | FA |
| 28 | Fork Lift<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 600.00 | 600.00 | DA | 0.00 | FA |
| 29 | Tools<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 5,000.00 | 1,940.77 | DA | 0.00 | FA |
| 30 | Parts<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 500.00 | 500.00 | DA | 0.00 | FA |
| 31 | Dog<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 300.00 | 300.00 | DA | 0.00 | FA |
| 32 | Horse<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 500.00 | 500.00 | DA | 0.00 | FA |
| 33 | 1955 Farmall 400 Tractor and Wagon<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 4,000.00 | 4,000.00 | DA | 0.00 | FA |
| 34 | Inheritance - Estate of Emma Grace Young  (u) | Unknown | 5,946.41 | DA | 5,956.41 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.24 | FA |

Printed: 10/31/2011 10:02 AM    V.12.57

Exhibit 8

Page: 4

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-73848
**Case Name:** YOUNG, GARY A.
YOUNG, LAURA M.
**Period Ending:** 10/31/11

**Trustee:**    (330420)    JAMES E. STEVENS
**Filed (f) or Converted (c):** 07/30/10 (f)
**§341(a) Meeting Date:** 09/13/10
**Claims Bar Date:** 05/06/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 35   Assets    Totals (Excluding unknown values) | $163,148.30 | $18,687.18 | | $5,956.65 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    September 30, 2011    **Current Projected Date Of Final Report (TFR):**    July 14, 2011  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-73848  
**Case Name:** YOUNG, GARY A.  
YOUNG, LAURA M.  
**Taxpayer ID #:** **-***1982  
**Period Ending:** 10/31/11

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******04-65 - Money Market Account  
**Blanket Bond:** $372,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/01/11 | {34} | Gary A. and Laura M. Young | payment re inheritance | 1210-000 | 5,956.41 | | 5,956.41 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,956.45 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 5,956.50 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,956.54 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 5,956.59 |
| 05/31/11 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/31/2011 FOR CASE #10-73848, Bond #016018067 | 2300-000 | | 5.03 | 5,951.56 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,951.60 |
| 07/14/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.02 | | 5,951.62 |
| 07/14/11 | | To Account #9200******0466 | transfer to close checking account | 9999-000 | | 5,951.62 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 5,956.65 | 5,956.65 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 5,951.62 | |
| | | | **Subtotal** | | 5,956.65 | 5.03 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,956.65** | **$5.03** | |

{} Asset reference(s)

Printed: 10/31/2011 10:02 AM    V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-73848  
**Case Name:** YOUNG, GARY A.  
YOUNG, LAURA M.  
**Taxpayer ID #:** **-***1982  
**Period Ending:** 10/31/11

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******04-66 - Checking Account  
**Blanket Bond:** $372,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/14/11 | | From Account #9200******0465 | transfer to close checking account | 9999-000 | 5,951.62 | | 5,951.62 |
| 08/31/11 | 101 | JAMES E. STEVENS | Dividend paid 100.00% on $1,345.67, Trustee Compensation; Reference: | 2100-000 | | 1,345.67 | 4,605.95 |
| 08/31/11 | 102 | U.S. Bankruptcy Court | Dividend paid 100.00% on $260.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 260.00 | 4,345.95 |
| 08/31/11 | 103 | Atlas Acquisitions LLC | Dividend paid 5.90% on $18,123.42; Claim# 4; Filed: $18,123.42; Reference: | 7100-000 | | 1,070.61 | 3,275.34 |
| 08/31/11 | 104 | FIA Card Services, NA/Bank of America | Dividend paid 5.90% $8,798.03; Claim# 5; Filed: $8,798.03; Reference: | 7100-000 | | 519.73 | 2,755.61 |
| 08/31/11 | 105 | GE Money Bank | Dividend paid 5.90% on $1,262.98; Claim# 6; Filed: $1,262.98; Reference: | 7100-000 | | 74.61 | 2,681.00 |
| 08/31/11 | 106 | Chase Bank USA, N.A. | Combined Check for Claims#1,2,3 | | | 2,681.00 | 0.00 |
| | | | Dividend paid 5.90% on       259.24 $4,388.55; Claim# 1; Filed: $4,388.55 | 7100-000 | | | 0.00 |
| | | | Dividend paid 5.90% on    1,925.91 $32,602.18; Claim# 2; Filed: $32,602.18 | 7100-000 | | | 0.00 |
| | | | Dividend paid 5.90% on       495.85 $8,393.80; Claim# 3; Filed: $8,393.80 | 7100-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 5,951.62 | 5,951.62 | $0.00 |
| | | | Less: Bank Transfers | | 5,951.62 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 5,951.62 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $5,951.62 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # 9200-******04-65** | 5,956.65 | 5.03 | 0.00 |
| **Checking # 9200-******04-66** | 0.00 | 5,951.62 | 0.00 |
| | $5,956.65 | $5,956.65 | $0.00 |

{} Asset reference(s)

Printed: 10/31/2011 10:02 AM    V.12.57